IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW LOPEZ, | ) | 1:06-cv-0689-OWW WMW HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING FINDINGS AND RECOMMENDATIONS RE DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | ) | |
| | ) | |
| JEANNE WOODFORD, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 1, 2006, the court entered findings and recommendations in this case, recommending that the entire action be dismissed for Petitioner's failure to prosecute. At issue was Petitioner's failure to either submit an application to proceed in forma pauperis or pay the $5.00 filing fee. On August 14, 2006, Petitioner filed objections to the findings and recommendations. On August 21, 2006, the filing fee was paid.

In light of the above, the findings and recommendations entered in this case on August 1, 2006, are HEREBY VACATED.

IT IS SO ORDERED.

**Dated:     January 31, 2007**                    /s/  William M. Wunderlich
mmkd34                                              UNITED STATES MAGISTRATE JUDGE