IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ANDREW LOPEZ,** | ) | 1:06-cv-0689-OWW WMW HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING |
| | ) | FINDINGS AND |
| vs. | ) | RECOMMENDATIONS RE |
| | ) | MOTION TO DISMISS |
| | ) | PETITION FOR WRIT OF |
| **JEANNE WOODFORD,** | ) | HABEAS CORPUS |
| | ) | |
| Respondent. | ) | [Doc. 12, 28] |
| | ) | |
| | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 22, 2008, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner filed objections on January 27, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has

conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1) That Respondent's motion to dismiss is GRANTED;

2) This petition for writ of habeas corpus is DISMISSED without prejudice as an unauthorized second or successive petition;

3) Petitioner's motion to grant the petition is DENIED as moot [Doc. 22];

4) Petitioner's motion to strike Respondent's reply is DENIED as meritless [Doc. 26];

5) Petitioner's motion to expand the record is DENIED as irrelevant [Doc. 27];

6) That the Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   March 10, 2008**                                        /s/ Oliver W. Wanger
                                                                  UNITED STATES DISTRICT JUDGE